E-FILED
Monday, 16 December, 2019 03:17:41 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 19-cr-30049 |
| | ) | |
| TYRONE MAXWELL, | ) | The Honorable |
| | ) | Sue E. Myerscough, |
| Defendant. | ) | United States |
| | ) | District Judge, Presiding. |

## MOTION TO CONTINUE INITIAL PRETRIAL CONFERENCE AND TRIAL SETTINGS

**NOW COMES** Defendant, TYRONE MAXWELL, by and through his attorney, Mark Kevin Wykoff, Sr. of the Wykoff Law Office, LLC, and for his Motion to Continue Initial Pretrial Conference and Trial Settings, states to this Honorable Court as follows, that:

1. An Initial Pretrial Conference in this cause was previously scheduled for December 20, 2019, at 10:00 a.m., before the Honorable Magistrate Judge Tom Schanzle-Haskins.

2. The Jury Trial in this cause was previously scheduled for January 7, 2020, at 9:00 a.m., before the Honorable Judge Sue E. Myerscough.

3. An initial tender of discovery has previously been transmitted to counsel; however, Defendant and his counsel have yet to fully review and analyze the discovery in this cause, due to undersigned counsel's participation in the jury trial of *U.S. v. Haywood, et al.* – Case No. 18-cr-10036 – that commenced in October and is still underway.

4. Defendant and his counsel are thus presently unable to assess the strength of the Government's case, nor make intelligent decisions as to how to proceed going forward.

5. Defendant respectfully prays that this Honorable Court continue the Initial Pretrial Conference and Jury Trial for an approximate additional sixty (60) days, or to some future setting at the Court's convenience and discretion.

6. The Government has been consulted as to this Motion and poses no objection to the relief requested herein.

7. Any and all delay shall be occasioned by the actions of the Defendant.

8. Neither the rights of the Government, nor those of the Defendant, will be jeopardized by the granting of the relief prayed for herein.

9. This Motion is not brought for the purposes of delay; the ends of justice served by granting this continuance outweigh the best interests of the Defendant and the public in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

**WHEREFORE,** Defendant, TYRONE MAXWELL, respectfully prays that this Honorable Court, for all of the reasons set forth herein, continue his Initial Pretrial Conference and Trial Settings, and grant him any and all other relief as this Honorable Court deems just and equitable.

Respectfully Submitted,

**WYKOFF LAW OFFICE, LLC**

By: /s/ *Mark Kevin Wykoff, Sr.*
Mark Kevin Wykoff, Sr.
Reg. No. 6292093
Attorney for Defendant
Wykoff Law Office, LLC
919 South Eighth Street
Springfield, Illinois 62703
Telephone: (217) 522-3319
Fax: (217) 522-4147
E-mail: Mark@WykoffLaw.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Mr. Matthew Z. Weir, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office
318 South Sixth Street
Springfield, IL 62701

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Mr. Tyrone Maxwell
c/o Sangamon County Jail
200 South Ninth Street
Springfield, IL 62701

/s/ *Mark Kevin Wykoff, Sr.*
Mark Kevin Wykoff, Sr.
Reg. No. 6292093
Attorney for Defendant
Wykoff Law Office, LLC
919 South Eighth Street
Springfield, Illinois 62703
Telephone: (217) 522-3319
Fax: (217) 522-4147
E-mail: Mark@WykoffLaw.com